IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| Ronnie Diederich, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| vs. | § Civil Action No. 4:16-cv-564 |
| | § |
| Ford Motor Company, | § |
| | § |
| *Defendant*. | § |

## ORDER

Pursuant to the Joint Stipulation of Plaintiff and Defendant, and good cause appearing, the above captioned case is hereby dismissed with prejudice and each party will bear its own costs and attorney's fees.

SIGNED on this 21st day of July, 2018.

_____
HONORABLE UNITED STATES JUDGE